UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

United States of America and State of Tennessee

    Plaintiff,

v.                                 Case No. 2:21-cv-00080

Walgreen Company

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Melissa Ann Maravich,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  Tennessee

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

*(Signature–hand signed)*

Name: Melissa Ann Maravich (TN BPR #013876)

Firm: Burch, Porter & Johnson, PLLC

Address:

  130 North Court Avenue, Memphis, TN 38103    (telephone 901-524-5000)

Email address: mmaravich@bpjlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Melissa Ann Maravich

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 2, 1989, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 13th day of September, 2021.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *[signature]*
Adam F. Bennett, D.C.