UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE



FILED
MAR 02 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

United States of America and State of Tennessee

    Plaintiff,

v.                                 Case No. 2:21-cv-00080

Walgreen Company

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Jef Feibelman,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Tennessee

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____
(Signature—hand signed)

Name: Jef Feibelman (TN BPR #007677)
Firm: Burch, Porter & Johnson, PLLC
Address:

    130 North Court Avenue, Memphis, TN 38103    (telephone 901-524-5000)

Email address: jfeibelman@bpjlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  } SS.

WESTERN DISTRICT OF TENNESSEE

I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY that **Jef Feibelman** was duly admitted to practice in said Court on June 29, 1970 and is in good standing as a member of the bar of said Court. There is no disciplinary committee at the Western District of Tennessee therefore, the attorney has no disciplinary history with the court. Further, I am unaware of any disciplinary matters involving this attorney in this jurisdiction or elsewhere.

Dated at Memphis, Tennessee

On February 24, 2022.

THOMAS M. GOULD
Clerk of Court

By s/Cynthia Faulk,
Deputy Clerk



| From: | Cynthia Faulk |
|---|---|
| To: | Jef Feibelman |
| Subject: | Certificate of Good Standing |
| Date: | Thursday, February 24, 2022 2:44:28 PM |
| Attachments: | Certificate Feibelman.pdf |
| | Receipt.pdf |

**CAUTION: Email originated outside of BPJ. Don't click links/open attachments unless you know content to be safe.**



Cynthia Faulk
United States District Court
167 N. Main St., Ste. 242
Memphis, TN 38103
901-495-1213