UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF TENNESSEE, <br><br> Plaintiffs, <br><br> vs. <br><br> WALGREEN COMPANY, <br><br> Defendant. | 2:21-CV-80 |

ORDER

The State of Tennessee has filed a Motion for admission of Jef Feibelman *pro hac vice* in this action [Doc. 92]. The Motion is **GRANTED**. Counsel **MUST** register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website www.tned.uscourts.gov under "For Attorneys" and "Electronic Case Filing."

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge