# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CIVIL MINUTES: *MOTION HEARING*

USA/State of Tennessee vs. Walgreen Company  Date: March 3, 2022

Case No. 2:21-CV-80   Time 2:08 pm  to 2:42 pm

====================================================================

Honorable **CYNTHIA RICHARDSON WYRICK** U.S. Magistrate Judge, Presiding

| Amanda Gunter | DCR |
|---|---|
| Deputy Clerk | Court Reporter |

====================================================================

| | |
|---|---|
| USA | Joseph Rdriguez |
| | Robert McConkey, III |
| State of Tennessee | William Hullender |
| | Leslie Bridges |
| vs | |
| Walgreen Co | Clint Woodfin/Jonathan Phillips |
| | Michael Dzuban/Reed Brodsky |
| Chamber of Commerce | |
| Magellan Medicaid | Erica Barnes/John Collins |

**PROCEEDINGS:**

RE: **Motion 70 review**

☑ Opening statements by the Court

☑ Oral argument by Plaintiff

☑ Oral argument by Defendant

☑ Order to enter

I, Amanda Gunter, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-21-CV-80_20220303_140746