**LAW OFFICES**
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Phone: 901.524.5000
Fax: 901.524.5024
bpjlaw.com

**Burch Porter & Johnson**

Leslie Luther-Fulton
901.524.5111
lfulton@bpjlaw.com

March 3, 2022

FILED
MAR 04 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Court Clerk
USDC Eastern District of Tennessee
800 Market Street
Suite 130
Knoxville, TN 37902

RE: United States of America and State of Tennessee v. Walgreen Company
No. 2:21-cv-80

ATTN: **SUPPLEMENT TO DOCUMENT 90**
**MOTION FOR ADMISSION PRO HAC VICE**
**[FOR MELISSA ANN MARAVICH]**

Dear Court Clerk:

A Pro Hac Vice motion for Melissa Ann Maravich was submitted to your office on March 2, 2022. On March 3, 2022 (today), we received a Deficiency Notice requesting that a new Certificate of Good Standing be submitted for Ms. Maravich.

As we have no one yet admitted to the Eastern District who can file this Supplement, I called your office this morning to ask how we should handle the submittal of the new Certificate of Good Standing.

I was instructed to send it directly to this office with a letter emphasizing that **THIS IS A SUPPLEMENT TO DOCUMENT 90 IN MATTER 2:21-CV-80 – NOT A NEW APPLICATION.**

Thank you for your kindness in assisting with this matter. If you have any questions please do not hesitate to contact me.

Regards,

BURCH, PORTER & JOHNSON, PLLC

Leslie Luther-Fulton
Legal Assistant

LLF
Enclosure

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          } SS.

WESTERN DISTRICT OF TENNESSEE

    I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

    DO HEREBY CERTIFY that **MELISSA A. MARAVICH** was duly admitted to practice in said Court on August 24, 1990 and is in good standing as a member of the bar of said Court. There is no disciplinary committee at the Western District of Tennessee therefore, the attorney has no disciplinary history with the court. Further, I am unaware of any disciplinary matters involving this attorney in this jurisdiction or elsewhere.

Dated at Memphis, Tennessee

on March 3, 2022.

THOMAS M. GOULD  
Clerk of Court

By _____,  
    Deputy Clerk