UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

United States of America and State of Tennessee

        Plaintiff,

v.                                          Case No. 2:21-cv-00080-JRG

Walgreen Co.

        Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for State of Tennessee ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☐ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

☐ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☑ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/2/2022

*David M. Rudolph*
(Signature–hand signed)

Name: David M. Rudolph, TN BPR #13402
Firm: Tennessee Attorney General
Address:

    40 South Main Street, Suite 1014, Memphis, TN 38103

Email address: david.rudolph@ag.tn.gov

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.