




ORIGIN ID:NQAA (901) 543-9039
OFF OF ATTY GENERAL
40 S MAIN ST
STE 1014
MEMPHIS, TN 38103
UNITED STATES US

SHIP DATE: 03MAR22
ACTWGT: 0.20 LB
CAD: 6397626/SSF02300

BILL CREDIT CARD

TO ATTN: COURT CLERK
US DISTRICT COURT
220 W DEPOT ST STE 200

GREENEVILLE TN 37743
(111) 111-1111       REF:
INV:
PO:                  DEPT:

FedEx Express

E

FRI -- 04 MAR 4:30P
TRK# 2704 7047 6244    PRIORITY OVERNIGHT
0201

XN GCYA              37743
                TN-US    TYS