# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

UNITED STATES OF AMERICA and
STATE OF TENNESSEE,

              *Plaintiffs*,

    v.

WALGREEN CO.,

              *Defendant*.

Case No. 2:21-CV-00080-JRG-CRW

## JOINT RESPONSE OF PLAINTIFFS UNITED STATES OF AMERICA AND STATE OF TENNESEE IN SUPPORT OF LIMITED EXTENSION OF FACT DISCOVERY

Plaintiffs United States of America and State of Tennessee file this response in support of the fact discovery extension sought in Defendant Walgreen Co.'s Motion for Limited Extension of Fact Discovery (see Doc. No. 119). While Plaintiffs support the requested extension, they strongly disagree with Walgreen's assertion that Plaintiffs have failed to meet their discovery obligations. Nonetheless, Plaintiffs agree that Walgreen's requested extension is reasonable and appropriate because it will give the parties the time needed to continue to work through (or seek adjudication of) pending discovery disputes, it will allow for the orderly depositions of witnesses located in multiple states, and, importantly, the extension is not expected to impact the current trial date.

Respectfully submitted,

/s/ Jef Feibelman
Jef Feibelman (TN BPR 7677)
Jonathan P. Lakey (TN BPR 16788)
Melissa A. Maravich (TN BPR 13876)
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Tel: 901-524-5000
jfeibelman@bpjlaw.com
jlakey@bpjlaw.com
mmaravich@bpjlaw.com


HERBERT H. SLATERY III
Attorney General and Reporter

By: /s/ David M. Rudolph
David M. Rudolph (TN BPR 13402)
Senior Assistant Attorney General
Tennessee Attorney General's Office
One Commerce Square
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Tel: 901-543-4162
david.rudolph@ag.tn.gov


/s/ W. Anthony Hullender
W. Anthony Hullender (BPR #019436)
Senior Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-2536
Tony.Hullender@ag.tn.gov

*Counsel for State of Tennessee*

2

FRANCIS M. HAMILTON III
United States Attorney

By: /s/ Robert C. McConkey, III
Robert C. McConkey, III, BPR #018118
Joseph C. Rodriguez, Ohio Bar No. 0072958
Assistant United States Attorneys
800 Market St., Suite 211
Knoxville, TN 37902
(865) 545-4167
robert.mcconkey@usdoj.gov
joe.rodriguez@usdoj.gov

*Counsel for the United States of America*


## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.


/s/ Jef Feibelman
Jef Feibelman