# EXHIBIT 2

**From:** Nicola Pinson <pinson@ohsu.edu>
**To:** 'Renee Williams' <Renee.Williams@tn.gov>, Jacquelyn King <Jacquelyn.King@tn.gov>
**Cc:** Aasta Thielke <thielke@ohsu.edu>
**Subject:** RE: MED report: state strategies to manage high-cost specialty drugs
**Date:** Wed, 20 Apr 2016 16:06:34 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Renee,
Thanks so much. I'll plan to follow up with you next week, and look forward to being in touch.
Nicola

**From:** Renee Williams [mailto:Renee.Williams@tn.gov]
**Sent:** Tuesday, April 19, 2016 7:02 AM
**To:** Nicola Pinson <pinson@ohsu.edu>; Jacquelyn King <Jacquelyn.King@tn.gov>
**Cc:** Aasta Thielke <thielke@ohsu.edu>
**Subject:** RE: MED report: state strategies to manage high-cost specialty drugs

Hi Nicola,

We have a meeting with CMS this Friday, and can move forward with discussion in the next couple of weeks.

Thanks,



**RENEE WILLIAMS** | *Director, Clinical Pharmacy Services*
Bureau of TennCare, **Pharmacy Division**

---

**From:** Nicola Pinson [mailto:pinson@ohsu.edu]
**Sent:** Thursday, April 14, 2016 10:19 AM
**To:** Renee Williams; Jacquelyn King
**Cc:** Aasta Thielke
**Subject:** RE: MED report: state strategies to manage high-cost specialty drugs

Renee,

I wanted to check back in to see if you are able to talk briefly about TennCare's 1115 waiver of section 1927?

No problem if you are still in discussions with CMS. I hope all is well.

Thanks,
Nicola

Center for Evidence-based Policy
THE SCIENCE OF GOOD POLICY.

Nicola Pinson, JD
Senior Policy Analyst
Center for Evidence-based Policy          Mailstop MDYCEBP
503-494-6910                               3030 SW Moody Ave. Suite 250

**From:** Renee Williams [mailto:Renee.Williams@tn.gov]
**Sent:** Monday, March 21, 2016 1:15 PM
**To:** Nicola Pinson; Jacquelyn King
**Cc:** Aasta Thielke
**Subject:** RE: MED report: state strategies to manage high-cost specialty drugs

Hi Nicola,

I understand the need to meet sooner, but we are unable to definitively discuss at this time. The times offered are reflective of ongoing internal and CMS discussions related to this topic. Can you check back in the first Monday in April, and we will see where we stand?

Thanks-Renee

**From:** Nicola Pinson [mailto:pinson@ohsu.edu]
**Sent:** Monday, March 21, 2016 12:27 AM
**To:** Jacquelyn King
**Cc:** Renee Williams; Aasta Thielke
**Subject:** RE: MED report: state strategies to manage high-cost specialty drugs

Jacquelyn and Renee,

I apologize for my delayed response to the dates you proposed below. We're primarily interested in learning more about how Tennessee uses it's 1115 waiver of section 1927 drug formulary requirements. Could you recommend a contact on this issue? If possible, it would be great to schedule a brief phone call in early April to discuss this.

I will be on vacation next week, and am cc'ing my colleague, Aasta Thielke, as a contact while I'm away.

Thanks so much.
Nicola


**From:** Jacquelyn King [mailto:Jacquelyn.King@tn.gov]
**Sent:** Thursday, March 10, 2016 9:20 AM
**To:** Nicola Pinson <pinson@ohsu.edu>
**Cc:** Renee Williams <Renee.Williams@tn.gov>
**Subject:** RE: MED report: state strategies to manage high-cost specialty drugs

Good Afternoon Nicola,
The following dates/times work best for the pharmacy team:

April 21st 10:00-10:30 CST
April 26th 1:00-2:00 CST

Please let me know which date/time works for you.

Thanks,
Jacquelyn

**From:** Nicola Pinson [mailto:pinson@ohsu.edu]
**Sent:** Wednesday, March 09, 2016 4:23 PM
**To:** Jacquelyn King; Renee Williams
**Subject:** RE: MED report: state strategies to manage high-cost specialty drugs

Jacquelyn and Renee,

Thank you for the follow up. Is it possible to schedule a phone call for March or early April? The May dates below may be a little far out for us. Perhaps we could set up an initial conversation with one or two members of the team if coordinating a date across the group is challenging.

Please find attached our questions in advance, as well as our overall research objectives.

Thanks so much.
Nicola

Center for Evidence-based Policy
THE SCIENCE OF GOOD POLICY.

   Nicola Pinson, JD
   Senior Policy Analyst
   Center for Evidence-based Policy     Mailstop MDYCEBP
   503-494-6910                            3030 SW Moody Ave. Suite 250
   www.ohsu.edu/policycenter        Portland, OR 97201

---

**From:** Jacquelyn King [mailto:Jacquelyn.King@tn.gov]
**Sent:** Wednesday, March 09, 2016 11:53 AM
**To:** Nicola Pinson
**Subject:** FW: MED report: state strategies to manage high-cost specialty drugs

Good afternoon Nicola,
I am responding for the Pharmacy team In response to your e mail below as of today the pharmacy team has availability as follows:

May 16th the hours from 9-11 CST or 1-2 CST
May 18th 9:30-11:00 CST
May 19th 9-11:00 CST

Thank You



Jacquelyn King
TennCare Pharmacy
310 Great Circle Road Nashville , TN 37228
615-253-5453
Fax 615-253-5481
*Jacquelyn.King@tn.gov*
tn.gov/hcfa
tn.gov/tenncare

**From:** Renee Williams
**Sent:** Wednesday, March 09, 2016 7:43 AM
**To:** 'Nicola Pinson'; James Hailey
**Cc:** Vaughn Frigon; David Collier; Jacquelyn King; Jonathan Reeve
**Subject:** RE: MED report: state strategies to manage high-cost specialty drugs

Hi Nicola,

We are happy to help where we can. Jonathan Reeve should be included in this discussion. Copying him and Jacquelyn King to confirm availability for the pharmacy and policy teams here at TennCare.

In the meantime, can you forward questions and background information?

Thanks-Renee

---

**From:** Nicola Pinson [mailto:pinson@ohsu.edu]
**Sent:** Tuesday, March 08, 2016 11:40 AM
**To:** Renee Williams; James Hailey
**Cc:** Vaughn Frigon; David Collier
**Subject:** MED report: state strategies to manage high-cost specialty drugs

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. - STS-Security***

Renee and Rusty,

I work with the DERP and MED Projects at the Center for Evidence-based Policy. Erin Sanborn gave me your contact information as DERP participants.

We are currently producing a policy report for the Medicaid Evidence-based Decisions (MED) Project focusing on state policy options for managing high cost specialty drugs. We're especially interested in Tennessee's experience with pharmacy and managed care, as well as Tennessee's 1115 waiver and its relationship to your pharmacy program. Would you be available for a phone call in the next few weeks? Can you also recommend a staff person I can talk to specifically about TennCare's 1115 waiver relating to outpatient drugs? (I noted that Tennessee has an explicit waiver of section 1927, and I'm interested in how Tennessee uses this waiver and its history.)

I'm happy to send you questions in advance and additional background information. I'm also cc'ing Vaughn Frigon and David Collier, our primary contacts for MED so that they are in the loop on this outreach. Please let me know if there are additional Tennessee representatives your recommend that I contact.

Best,
Nicola


Center for Evidence-based Policy
THE SCIENCE OF GOOD POLICY.

Nicola Pinson, JD
Senior Policy Analyst
Center for Evidence-based Policy          Mailstop MDYCEBP
503-494-6910                              3030 SW Moody Ave. Suite 250
www.ohsu.edu/policycenter                 Portland, OR 97201